INDIANA STATE POLICE PENSION TRUST, et al.

v.

CHRYSLER LLC et al.

Center for Auto Safety et al.

v.

Chrysler LLC et al.

Patricia Pascale

v.

Chrysler LLC et al.

Nos. 08A1096, 08–1513 (08A1099), 08A1100.

June 9, 2009.

INDIANA STATE POLICE PENSION TRUST, et al., Applicants,

v.

CHRYSLER LLC, et al.
No. 08A1096.
June 8, 2009.

## ORDER

GINSBURG, Justice.

UPON CONSIDERATION of the application of counsel for the applicants, and the responses filed thereto,

IT IS ORDERED that the orders of this Bankruptcy Court for the Southern District of New York, case No. 09-50002, dated May 31 and June 1, 2009, are stayed